SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
JAY T. RAMSEY, Cal. Bar No. 273160
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ALYSSA SONES, Cal. Bar No. 318359
PATRICK RUBALCAVA, Cal. Bar No. 335940
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
Email         ccardon@sheppardmullin.com
              jramsey@sheppardmullin.com
              baigboboh@sheppardmullin.com
              asones@sheppardmullin.com
              prubalcava@sheppardmullin.com

*Attorneys for Defendant*
WILLIAMS-SONOMA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SPECTOR, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAMS-SONOMA, INC., <br><br> Defendant. | Case No. 4:24-cv-06617 <br><br> **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

# STIPULATION

This stipulation is made by and between Plaintiff Karen Spector ("Plaintiff") and Defendant Williams-Sonoma, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, on August 21, 2024, Plaintiff filed a Class Action Complaint ("Complaint") against Defendant in the Superior Court of the State of California, County of San Francisco;

WHEREAS, on August 23, 2024, Plaintiff served the Summons and Complaint on Defendant;

WHEREAS, on September 20, 2024, Defendant removed the case to this Court under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d);

WHEREAS, Defendant's current deadline to respond to the Complaint is September 27, 2024;

WHEREAS, the parties have conferred and agreed to extend Defendant's deadline to respond to the Complaint to October 28, 2024 to provide, *inter alia*, Defendant time to investigate the allegations in the Complaint;

WHEREAS, the parties have not previously petitioned the Court for any order granting such an extension, and this Stipulation is not entered into for purposes of delay.

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree, and respectfully request of the Court, that Defendant's deadline to respond to Complaint be extended from September 27, 2024 to October 28, 2024.

**IT IS SO STIPULATED.**

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: September 23, 2024    By    */s/ P. Craig Cardon*
P. CRAIG CARDON
JAY T. RAMSEY
BENJAMIN O. AIGBOBOH
ALYSSA SONES
PATRICK RUBALCAVA

Attorneys for Defendant

|     |                              |    |                          |
| --- | ---------------------------- | -- | ------------------------ |
| 1   |                              |    | BURSOR & FISHER, P.A.    |
| 2   | Dated: September 23, 2024    | By | */s/ L. Timothy Fisher*  |
| 3   |                              |    | L. TIMOTHY FISHER        |
|     |                              |    | YITZCHAK KOPEL           |
| 4   |                              |    | IRA ROSENBERG            |
| 5   |                              |    | Attorneys for Plaintiff  |