SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal Bar No. 168646
JAY T. RAMSEY, Cal Bar No. 273160
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ALYSSA SONES, Cal Bar No. 318359
PATRICK RUBALCAVA, Cal Bar No. 335940
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
Email:        ccardon@sheppardmullin.com
              jramsey@sheppardmullin.com
              baigboboh@sheppardmullin.com
              asones@sheppardmullin.com
              prubalcava@sheppardmullin.com

*Attorneys for Defendant*
WILLIAMS-SONOMA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SPECTOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC.,<br><br>Defendant. | Case No. 4:24-cv-06617-HSG<br><br>**ORDER GRANTING STIPULATION TO: (1) WITHDRAW DEFENDANT'S PENDING MOTION TO DISMISS [DKT. 11]; AND (2) EXTEND DEFENDANT'S DEADLINE TO FILE A RENEWED MOTION TO DISMISS** |

On November 6, 2024, Plaintiff Karen Spector ("Plaintiff") and Defendant Williams-Sonoma, Inc. ("Defendant") (collectively, the "Parties") filed a Stipulation to (1) withdraw Defendant's pending Motion to Dismiss (Dkt. 11) and (2) extend Defendant's deadline to file a renewed motion to dismiss (the "Stipulation").  The Court, having considered the Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

    1.    Defendant's Motion to Dismiss (Dkt. 11) is WITHDRAWN;

    2.    Defendant's deadline to file a renewed motion to dismiss is EXTENDED to December 4, 2024.  No Party shall file any other motion until December 4, 2024, unless the Parties have agreed that the meet and confer process over the arbitration issue has reached its conclusion without resolution.  This extension shall not be used to prevent any Party from timely raising any other motion.

IT IS SO ORDERED.

Dated: 11/7/2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE