SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal Bar No. 168646
JAY T. RAMSEY, Cal Bar No. 273160
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ALYSSA SONES, Cal Bar No. 318359
PATRICK RUBALCAVA, Cal Bar No. 335940
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701
Email:       ccardon@sheppardmullin.com
             jramsey@sheppardmullin.com
             baigboboh@sheppardmullin.com
             asones@sheppardmullin.com
             prubalcava@sheppardmullin.com

*Attorneys for Defendant*
WILLIAMS-SONOMA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SPECTOR, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAMS-SONOMA, INC.,<br><br>　　　　　Defendant. | Case No. 4:24-cv-06617-HSG<br><br>**ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S RENEWED MOTION TO DISMISS [DKT. 15]** |

-2-

On December 16, 2024, Plaintiff Karen Spector ("Plaintiff") and Defendant Williams-Sonoma, Inc. ("Defendant") (collectively, the "Parties") filed a Stipulation to modify the briefing schedule on Defendant's Renewed Motion to Dismiss Plaintiff's Complaint (the "Renewed Motion") (Dkt. 15).  The Court, having considered the Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's deadline to file an Opposition to the Renewed Motion is EXTENDED to December 24, 2024;

2. Defendant's deadline to file a Reply in support of the Renewed Motion is EXTENDED to January 3, 2025;

3. The hearing date of February 6, 2025, at 2:00 p.m., shall remain unchanged.

IT IS SO ORDERED.

Dated:  12/16/2024

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE