**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:   ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiff*

*Pro Hac Vice Application Forthcoming*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SPECTOR, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-06617-HSG |
| Plaintiff, | **STATEMENT NOTING A PARTY'S DEATH** |
| v. | Judge: The Honorable Haywood S. Gilliam, Jr. |
| WILLIAMS-SONOMA, INC., | |
| Defendant. | |

In accordance with Rule 25(a), Counsel for Plaintiff notes the death during the pendency of this action of Karen Spector, Plaintiff in this action.

Dated:  January 16, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:___/s/ L. Timothy Fisher_____
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:   ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com

*Attorneys for Plaintiff*

*\*Pro Hac Vice Application Forthcoming*